FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0732

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0732

IN THE MATTER OF

C.J.B.,

    A Youth in Need of Care.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, P.B., is granted an extension of time until April 7, 2023 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Grant of Extension of Time

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2023

PAGE 1